UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                :

Lisa Marie Williams,                     :

                     Plaintiff,   :

                                 :            26 Civ. 4771 (LGS)

          -against-         :

                               :             ORDER

Chipotle Mexican Grill of Colorado, LLC,   :

                               :

                 Defendant.  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case has been assigned to me for all purposes.  It is hereby

**ORDERED** that counsel review and comply with the Court's Individual Rules and Procedures ("Individual Rules") (available at the Court's website, http://nysd.uscourts.gov/judge/Schofield).  It is further

**ORDERED** that a telephonic conference will be held on **July 7, 2026, at 3:30 pm**.  The parties shall call 855-244-8681 and enter the access code 2311 193 8649.  The telephonic conference is public, and the time of the conference is approximate, but the parties shall be ready to proceed by that time.  All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.  The parties shall ensure they are dialed into the conference call by the appointed conference time.  It is further

**ORDERED** that counsel for all parties file on ECF a joint letter with the Court no later than **June 30, 2026, at noon**.  The parties shall append a copy of the most recent Scheduling Order and/or Case Management Plan, if any, to the status letter.  The status letter should not exceed 5 pages, and should provide the following information in separate paragraphs:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion;

2. A brief statement by plaintiff as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue.  Statements shall include citations to relevant statutes. In addition, in cases for which subject matter jurisdiction is founded on diversity of citizenship, the parties shall comply with the Court's Individual Rule III.D.4;

3. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the status conference;

4. A brief description of any discovery that has already taken place, and any discovery that is likely to be admissible under the Federal Rules of Evidence and material to proof of claims and defenses raised in the pleadings.  (This is narrower than the general scope of discovery stated in Rule 26(b)(1));

5. A computation of each category of damages claimed, *see* Fed. R. Civ. P. 26(a)(1)(A)(iii);

6. A statement of procedural posture and upcoming deadlines;

7. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

8. Any other information that the parties believe may assist this Court in resolving the action.

Unless notified otherwise by the Court, the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's removal.  Any request for an extension or adjournment shall be made by letter as provided in Individual Rule I.B.3 and must be received at least 48 hours before the deadline or conference.

**DATE AND TIME OF CONFERENCE:  July 7, 2026, at 3:30 pm.**
**IPTC MATERIALS DUE:  June 30, 2026, at noon.**

SO ORDERED.

Dated: June 9, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

3