UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                    :

Lisa Marie Williams,                  :

                      Plaintiff,    :

                                    :            26 Civ. 4771 (LGS)

               -against-             :

                                    :                 ORDER

Chipotle Mexican Grill of Colorado, LLC,    :

                                    :

                   Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order dated June 9, 2026, scheduled an initial case management conference for July 7, 2026, at 3:30 pm.

       WHEREAS, an Order dated June 9, 2026, referred this case for mediation under Local Civil Rule 83.9.  It is hereby

       **ORDERED** that the July 7, 2026, conference is **CANCELED**.  The parties shall file a joint letter every 45 days, beginning from the date of this Order, on the status of mediation.

Dated: June 10, 2026
       New York, New York

                                    LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE